## STATE OF CONNECTICUT *v.* GEORGE GUEDES
### (6686)

DUPONT, C. J., SPALLONE and FOTI, Js.

Argued June 22—decision released June 29, 1989

*William Holden,* public defender, for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Henry Lyons,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.